UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IMMARA ROBINSON, )<br>)<br>Defendant. ) | Criminal No. 3:05cr00040 AS |

## MEMORANDUM AND ORDER

Once again this Court is deluged with last-minute filings regarding sentencing issues. As has been previously explicitly announced, such is entirely unacceptable considering the necessity of giving such issues careful consideration. Sentencing is an enormously complex and difficult proposition in this court these days, made especially so by decisions by the Court of Appeals that are difficult to follow. Thus, the present array of last-minute filings will cause this case to be moved to another time when all of this can be carefully considered by all concerned.

The sentencing hearing set for May 5, 2006 at 3:30 p.m. (Eastern time) is VACATED and is RESET to **June 2, 2006 at 2:30 p.m.** (Eastern time).

**IT IS SO ORDERED.**

**DATED: May 4, 2006**                                     **S/ ALLEN SHARP**
                                                                          **ALLEN SHARP, JUDGE**
                                                                          **UNITED STATES DISTRICT COURT**